UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                                      **PLAINTIFF**

**VS.**                                                                              **CRIMINAL ACTION NO. 3:11CR-134-JGH**

**JUAN FRANCISCO-FELIPE**                                                                                      **DEFENDANT**
**aka Juan Francisco-Lopez**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

      This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Thomas W. Dyke on behalf of Daniel Kinnicutt, Assistant United States Attorney. The hearing was recorded by Alan Wernecke, Official Court Reporter. The proceedings were interpreted by Roberto Hernandez, Certified Spanish Interpreter. The defendant, Juan Francisco-Felipe, by consent with Patrick J. Bouldin, Assistant Federal Defender, appeared in open court on January 30, 2012, and entered a plea of guilty as to Count 1 of the Indictment. This was an open plea with no plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count 1 in the Indictment and have sentence imposed accordingly.

Sentencing will be set for **Monday, April 30, 2012 at 1:30 p.m.** before the Honorable John G. Heyburn, II, United States District Court Judge.

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall be **remanded** to the custody of the U.S. Marshal Service pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

20