**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**V.**                          **CRIMINAL ACTION NUMBER : 3:11CR-134-JGH**

**JUAN FRANCISCO-FELIPE**                                           **DEFENDANT**
**aka Juan Francisco-Lopez**

<u>**ACCEPTANCE OF PLEA OF GUILTY,**</u>
<u>**ADJUDICATION OF GUILT, AND**</u>
<u>**NOTICE OF SENTENCING**</u>

      Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the defendant as to Count 1 in the Indictment is hereby accepted, and the defendant is adjudged guilty of such offense. Sentencing is hereby scheduled for **<u>Monday, April 30, 2012 at 1:30 p.m.</u>**, before the Honorable John G. Heyburn, II, United States District Court Judge.

Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record